**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| **DONNA J. CRUSER** | : |
|     Debtor | : Bankruptcy No. 16-16674 ELF |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Motion to Avoid Judicial Lien on Real Estate was this 7th day of February, 2017, served by United States First Class Mail to the Office of the Trustee, and all other interested parties, including:

> Richard Fairbank, CEO
> Capital One Bank
> 1680 Capital One Drive
> McLean, VA  22102

    \s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor
707 Lakeside Office Park
Southampton, PA  18966
215-396-7900