**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| **DONNA J. CRUSER** | : |
|     Debtor | : Bankruptcy No. 16-16674 ELF |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

  I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed a Motion to Avoid the Judicial Lien held by Capital One Bank with the Clerk of the United States Bankruptcy Court on February 7, 2017 and sent notice via electronic notification and/or First Class Mail on February 7, 2017 to Capital One Bank, the Trustee and all interested parties; that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                                    Respectfully submitted,

                                                    \s\ Michael Schwartz
                                               **MICHAEL SCHWARTZ, ESQ.**
                                               Counsel for Debtor