# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13
                                    :
**DONNA J. CRUSER**                 :
    Debtor       : Bankruptcy No. 16-16674 ELF

## ORDER

AND NOW, this 8th day of March, 2017 upon consideration of the Debtor's Motion to Avoid Judicial Lien on Real Estate, it is hereby **ORDERED** that the Motion is, **GRANTED**.

It is further **ORDERED** that the judicial lien held by CAPITAL ONE BANK in and on Debtor's real estate located at 1519 Ramble Road, Langhorne, PA, entered of record in the Bucks County Court of Common Pleas at No. 2011-03870, is avoided pursuant to 11 USC 522(f).

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**