United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donna J. Cruser  
      Debtor

Case No. 16-16674-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 08, 2017  
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
```
db              +Donna J. Cruser,    1519 Ramble Road,     Langhorne, PA 19047-3771
13795181        +Capital One Bank,   400 Market Street,    6th Floor,   Philadelphia, PA 19106-2513
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Donna J. Cruser msbankruptcy@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13
                                      :
**DONNA J. CRUSER**                   :
      Debtor            : Bankruptcy No. 16-16674 ELF

## ORDER

AND NOW, this 8th day of March, 2017 upon consideration of the Debtor's Motion to Avoid Judicial Lien on Real Estate, it is hereby **ORDERED** that the Motion is, **GRANTED**.

It is further **ORDERED** that the judicial lien held by CAPITAL ONE BANK in and on Debtor's real estate located at 1519 Ramble Road, Langhorne, PA, entered of record in the Bucks County Court of Common Pleas at No. 2011-03870, is avoided pursuant to 11 USC 522(f).

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**