**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
                                          :
    Donna J. Cruser                  :
                                          :
        Debtor                  : Bankruptcy No. 16-16674-elf


## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended

Chapter 13 Plan sent on March 13, 2017, by electronic notification and/or United States

First Class Mail to the Office of the Trustee, and all other interested parties.


          **\s\ Michael Schwartz**
          **MICHAEL SCHWARTZ, ESQUIRE**
          **Attorney for Debtor**