**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Donna J. Cruser** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | 16-16674-elf |

**ORDER**

**AND NOW,** this 15th day of May, 2017, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby

**ORDERED** that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded compensation in the amount of $3,000.00. The Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**