## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Donna J. Cruser | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| **Nationstar Mortgage LLC** | : | |
| Movant | : | Bankruptcy Case Number |
| | : | 16-16674 ELF |
| | : | |
| v. | : | |
| | : | |
| Donna J. Cruser | : | |
| | : | |
| Respondent/Debtor | : | |
| | : | |
| And | : | |
| | : | |
| William C. Miller, Esquire | : | |
| Trustee | : | |

### Debtor's Response to the Motion of US Bank NA
### for Relief from the Automatic Stay

Debtor, **Donna J. Cruser**, by and through his counsel, **MICHAEL SCHWARTZ, ESQUIRE**, hereby files this response to the Motion for Relief of US Bank NA and in support thereof avers as follows:

1. ADMITTED.

2. ADMITTED.

3. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

4. ADMITTED.

5. ADMITTED.

6. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

7. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

8. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

9. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

10. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

**WHEREFORE**, Debtor, **Donna J. Cruser**, requests this Honorable Court deny the motion of Nationstar Mortgage LLC for relief from automatic stay and to declare the automatic stay is still in effect.

Respectfully Submitted,

\_\_\_\s\ Michael Schwartz\_\_\_\_
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor