# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Donna J. Cruser | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| **Nationstar Mortgage LLC** | : | |
|     Movant | : | Bankruptcy Case Number |
| | : | 16-16674 ELF |
| | : | |
| v. | : | |
| | : | |
| Donna J. Cruser | : | |
| | : | |
|     Respondent/Debtor | : | |
| | : | |
| And | : | |
| | : | |
| William C. Miller, Esquire | : | |
|     Trustee | : | |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of Nationstar Mortgage was sent this 5th day of June, 2017 via electronic notification and/or United States, First Class Mail, postage prepaid to all Parties in Interest in the above captioned matter including:

**Movant's Counsel**
Matteo S. Weiner, Esq.
KML Law Group


**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee

　　　　　　　　　　　　　　　　　　　　　___\s\ Michael Schwartz_____
　　　　　　　　　　　　　　　　　　　　　**MICHAEL SCHWARTZ, ESQUIRE**
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor