# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-16674-ELF

  DONNA J. CRUSER

  1519 RAMBLE ROAD

  LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

   **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

 Debtor(s), at the address listed, by first class mail.

  DONNA J. CRUSER

  1519 RAMBLE ROAD

  LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

  MICHAEL SCHWARTZ
  707 LAKESIDE OFFICE PARK
  STREET AND STUMP ROADS
  SOUTHAMPTON, PA 18966-

         /S/ William C. Miller

Date: 2/15/2018

         _____

         William C. Miller, Esquire
         Chapter 13 Standing Trustee