United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16674-elf
Donna J. Cruser                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2          Date Rcvd: Mar 22, 2018
                              Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
```
db              #+Donna J. Cruser,    1519 Ramble Road,    Langhorne, PA 19047-3771
13795180         Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13795181        +Capital One Bank,    400 Market Street,    6th Floor,    Philadelphia, PA 19106-2513
13863249       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     Attn: Bankruptcy Dept.,
                   P.O. Box 619096,    Dallas, TX 75261-9741)
13795184        +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13795185        +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
13795186        +Revenue Recovery Corp,    7005 Middlebrook Pike,    Po Box 50250,    Knoxville, TN 37950-0250
14023007         SELENE FINANCE LP,    Attention: Cashiering Department,     P.O. Box 71243,
                   Philadelphia, PA 19176-6243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:09     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 01:34:45
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2018 01:35:04     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 01:41:21     Synchrony Bank,
                   c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                   Miami, FL  33131-1605
13795182        +E-mail/Text: compliance@chaserec.com Mar 23 2018 01:35:20     Chase Receivables,
                   1247 Broadway,    Sonoma, CA 95476-7503
13795183        +E-mail/Text: Bankruptcies@nragroup.com Mar 23 2018 01:35:23     National Recovery Agency,
                   2491 Paxton St,    Harrisburg, PA 17111-1036
13795742         E-mail/PDF: rmscedi@recoverycorp.com Mar 23 2018 01:41:11
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Donna J. Cruser msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: PaulP            Page 2 of 2            Date Rcvd: Mar 22, 2018
                              Form ID: pdf900        Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DONNA J. CRUSER             Chapter 13

Debtor             Bankruptcy No. 16-16674-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____ 3/22/18
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
DONNA J. CRUSER

1519 RAMBLE ROAD

LANGHORNE, PA 19047